IN THE UNITED SATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF ARKANSAS

**MICHAEL JONES**                                           **PLAINTIFF**

vs.                        **CASE NO. 4:25-CV-885-JM**

**MARTEN TRANSPORT, LTD,**
**MARTEN TRANSPORT SERVICES, LTD**
**MARTEN TRANSPORT LOGISTICS, LLC,**
**MARTEN TRANSPORT OF WISCONSIN, LTD**
**CHAK HUON, and JOHN DOE 1-3**                   **DEFENDANTS**


**ORDER DISMISSING DEFENDANTS MARTEN TRANSPORT LOGISTICS, LLC and MARTEN TRANSPORT SERVICES, LTD. WITHOUT PREJUDICE**

Now on this 14th day of January, 2026, the Motion to Dismiss filed by Marten Transport Logistics, LLC, and Marten Transport Services, LTD. [Doc. 10] comes before the Court for consideration. As evidenced by the signatures below, the parties have stipulated to the dismissal without prejudice of Marten Transport Logistics, LLC, and Marten Transport Services, LTD. The parties agree that this case will proceed as against the remaining defendants.

**IT IS THEREFORE ORDERED AND DECREED** that Defendants Marten Transport Logistics, LLC, and Marten Transport Services, LTD are dismissed without prejudice from this matter, and this case shall proceed as against the remaining defendants.

_____
UNITED STATES DISTRICT JUDGE

1

**Agreed as to Form and Content by:**


*Samuel W. Mason*
Sach D. Oliver, AR BAR No. 2006251
T. Ryan Scott, AR Bar No. 2008161
Samuel W. Mason, AR Bar No.2019143
Andrea D. McCurdy, AR Bar No.2013066
BAILEY & OLIVER LAW FIRM
3606 Southern Hills Boulevard
Rogers, AR 72758
P: (479) 202-5200
F: (479)-202-5605
soliver@baileyoliverlawfirm.com
rscott@oliverlawfirm.com
smason@oliverlawfirm.com
amccurdy@oliverlawfirm
***Attorneys for Plaintiff***


*Jill Walker-Abdoveis*
Jason Goodnight, AR Bar No. 2008112
Jill J. Walker-Abdoveis, AR Bar No. 2020093
FRANDEN | FARRIS | QUILLIN
GOODNIGHT | ROBERTS + WARD
Two West 2nd Street, Suite 900
Tulsa, Oklahoma 74103
Tel:   918/583-7129
Fax:  918/584-3814
jgoodnight@tulsalawyer.com
jwalker@tulsalawyer.com
***Attorneys for Marten Defendants***